EXHIBIT "1"
TO THE PLAINTIFF'S COMPLAINT

SUMMARY OF DEFENDANTS' IP ADDRESS DATA

**File Name:** Criminal.2016.720p.WEBRip.x264.AAC-ETRG
**File Hash:** SHA1: 92453EEE2E12CF8F793403C26005084D4BBA1563
Film Title: Criminal
Plaintiff: Criminal Productions, Inc.

| No | IP | Hit Date UTC | ISP | State | County |
|---|---|---|---|---|---|
| 1 | 68.96.206.223 | 2016-08-02 03:00:23 | Cox Com | Nevada | Clark County |
| 2 | 70.173.143.112 | 2016-08-03 01:49:48 | Cox Com | Nevada | Clark County |
| 3 | 72.193.232.162 | 2016-08-08 08:20:32 | Cox Com | Nevada | Clark County |
| 4 | 70.180.228.80 | 2016-08-09 21:39:22 | Cox Com | Nevada | Clark County |
| 5 | 72.193.88.214 | 2016-08-10 23:33:33 | Cox Com | Nevada | Clark County |
| 6 | 24.120.55.18 | 2016-08-12 04:50:13 | Cox Com | Nevada | Clark County |
| 7 | 24.120.53.217 | 2016-08-15 09:54:02 | Cox Com | Nevada | Clark County |
| 8 | 70.173.40.17 | 2016-08-17 07:55:39 | Cox Com | Nevada | Clark County |
| 9 | 72.193.70.6 | 2016-08-19 12:51:38 | Cox Com | Nevada | Clark County |
| 10 | 98.180.176.8 | 2016-08-20 21:20:49 | Cox Com | Nevada | Clark County |
| 11 | 98.160.225.68 | 2016-08-21 06:05:23 | Cox Com | Nevada | Clark County |
| 12 | 24.253.43.113 | 2016-08-21 19:26:54 | Cox Com | Nevada | Clark County |
| 13 | 24.253.81.201 | 2016-08-23 03:25:28 | Cox Com | Nevada | Clark County |
| 14 | 70.173.213.68 | 2016-08-25 05:08:38 | Cox Com | Nevada | Clark County |
| 15 | 24.234.253.41 | 2016-08-28 03:54:08 | Cox Com | Nevada | Clark County |
| 16 | 72.193.98.62 | 2016-08-29 04:04:56 | Cox Com | Nevada | Clark County |