EXHIBIT "2"
TO THE PLAINTIFF'S COMPLAINT

PLAINTIFF'S COPYRIGHT REGISTRATION

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-772-954**

**Effective Date of Registration:**
July 31, 2014

---

## Title

**Title of Work:** Criminal

**Nature of Claim:** motion picture screenplay

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** Double Life Productions, Inc.
  **Author Created:** entire screenplay
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Criminal Productions, Inc.
318 N. Carson St., # 208, Carson City, NV 89701
**Transfer statement:** by assignment agreement

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Rick Eyler, Criminal Productions, Inc.
**Date:** July 29, 2014