CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., a Nevada Corporation,<br>　　　　Plaintiff,<br>vs.<br>JOSEPH SMITH; JONNA KOSO; RAIMOND PEREZ,<br>　　　　Defendants. | Case No.: 2:16-cv-02704-JCM-PAL |

## JOINT STIPULATION TO DISMISS DEFENDANT JONNA KOSO

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff CRIMINAL PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant JONNA KOSO, by and through her counsel, Kerry Kleiman, Esq. of REID, RUBENSTEIN & BOGATZ, hereby stipulate and agree to dismiss Defendant **JONNA KOSO** from the above-captioned case and further stipulate and agree to the dismissal of all counter-claims or other causes of actions, if any, raised by Defendant JONNA KOSO

1

against Plaintiff CRIMINAL PRODUCTIONS, INC., with each party to bare its own fees and costs.

*Respectfully submitted August 7, 2017.*

HAMRICK & EVANS LLP

/s/ Charles Rainey
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
*Attorney for Plaintiff*

REID RUBINSTEIN & BOGATZ

/s/ Kerry Kleiman
KERRY E. KLEIMAN, ESQ.
Nevada Bar No. 14071
kkleiman@rrblf.com
300 S. Fourth Street, Ste. 830
Las Vegas, Nevada 89101
*Defendant in proper person*

## ORDER

Based on the parties' stipulation [ECF No. 52] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by Defendant JONNA KOSO are DISMISSED, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: August 10, 2017.

_____
UNITED STATES DISTRICT JUDGE

2