I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
KERRY E. KLEIMAN, ESQ.
Nevada Bar No. 14071
**REID RUBINSTEIN & BOGATZ**
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
Telephone: (702) 776-7000
Facsimile: (702) 776-7900
*Attorneys for Defendant Tracy Cordoba,*
*f/k/a Jane Doe #13, IP Address 24.253.81.201*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARIA JENKINS, et al., <br><br> Defendants. | Case No.: 2:16-cv-02704-JCM-PAL <br><br> **JUDGMENT AWARDING ATTORNEYS' FEES AND COSTS** |

The Order granting Defendant Tracy Cordoba's Motion for Attorneys' Fees and Related Expenses (ECF No. 51) having been entered in this matter on March 29, 2018 (ECF No. 58), the Court hereby enters judgment as follows:

**IT IS HEREBY ORDERED** that Defendant Cordoba is entitled to an award of reasonable attorneys' fees in the amount of $44,675.00 as set forth in the underlying Order (ECF No. 58);

**IT IS FURTHER ORDERED** that Defendant Cordoba reasonably incurred an additional $3,937.50 in attorneys' fees related to preparing a Reply (ECF No. 56) to Plaintiff's Opposition (ECF No. 55), which is comprised of the following amounts: 1.5 hours at $525 an hour ($787.50) to I. Scott Bogatz; 9.6 hours at $250 an hour to Kerry E. Kleiman ($2,400.00); and 5 hours at $150 an hour to the law clerk Ashley Burkett ($750.00). The amounts awarded herein does not include any time spent researching the litigation referenced in Exhibit A of defendant's reply;

**IT IS FURTHER ORDERED** that Defendant is entitled to recover her reasonably incurred costs of $17.00;

**JUDGMENT IS THEREFORE ISSUED** in the total amount of $48,629.50 against Plaintiff Criminal Productions, Inc., and in favor of Defendant Tracy Cordoba.

**IT IS SO ORDERED.**

DATED this 17th day of April, 2018.

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

REID RUBINSTEIN & BOGATZ

By: /s/ Kerry E. Kleiman, Esq.
I. Scott Bogatz, Esq.
Nevada Bar No. 3367
Kerry E. Kleiman, Esq.
Nevada Bar No. 14071
300 South 4th Street, Suite 830
Las Vegas, Nevada 89101
*Attorneys for Defendant Tracy Cordoba,*
*f/k/a Jane Doe #13, IP Address 24.253.81.201*