F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorneys for Plaintiff Criminal Productions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIA JENKINS, an individual; KIMBERLY CRAWFORD, an individual; CHRISTINA SUTTON, an individual; JULIUS LENON, an individual; JOSEPH SMITH, an individual; TRACY CORDOBA, an individual; MILES PILLUS, an individual; RAIMOND PEREZ, an individual.<br><br>Defendants. | Case No.: 2:16-cv-02704-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1(a), Plaintiff CRIMINAL PRODUCTIONS, INC. ("Plaintiff") and Defendant TRACY CORDOBA ("Defendant"), by and through their undersigned counsel, stipulate to a two-week extension for Defendant to file her Opposition to Plaintiff's Motion to Vacate Judgment Awarding Attorneys' Fees and Costs (ECF No. 62, "Motion to Vacate") from May 31, 2018, to June 14, 2018. This is the first request for such an extension.

LR IA 6-1 provides that stipulations to extend may be granted upon a showing of good cause when brought prior to the expiration of the relevant deadline. LR IA 6-1(a). There is good cause to extend deadlines to provide parties with time to potentially resolve or narrow disputes without court intervention. Such is the case here.

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-w-0709         1         Stipulation and Order to Extend

Plaintiff's Motion to Vacate was filed on May 17, 2018, by Plaintiff's new counsel. On May 30, 2018, counsel for Defendant brought various issues to the attention of Plaintiff's new counsel regarding the allegations and arguments set forth in the Motion to Vacate to which Plaintiff's counsel would like to respond. As these issues will impact the scope and arguments of Defendant's Opposition to the Motion to Vacate, the parties have stipulated to extend the deadline for such an Opposition by two weeks to provide adequate time to address such issues while still leaving Defendant time to file an Opposition after such efforts conclude.

Good cause therefore exists and this stipulation should be granted.

Dated: May 31, 2018

| **WEIDE & MILLER, LTD.** | **REID RUBINSTEIN BOGATZ** |
|---|---|
| By: */S/ F. Christopher Austin*<br>F. Christopher Austin, Esq.<br>caustin@weidemiller.com<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144 | By: */S/ Kerry E. Kleiman*<br>Kerry E. Kleiman, Esq.<br>kkleiman@rrblf.com<br>300 South 4th Street, Suite 830<br>Las Vegas, NV 89101 |
| *Attorney for Plaintiff Criminal Productions, Inc.* | *Attorney for Defendant Tracy Cordoba* |

## **ORDER**

IT IS SO ORDERED

Dated June 4, 2018.

_____
UNITED STATES DISTRICT JUDGE

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS, NEVADA 89144
(702) 382-4804