UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 15 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC.,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>TRACY CORDOBA,<br><br>    Defendant-Appellee. | No. 18-15919<br><br>D.C. No.<br>2:16-cv-02704-JCM-PAL<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

On June 12, 2018, appellant filed a notice of withdrawal of the first motion to stay appellate proceedings. The first motion to stay appellate proceedings (Docket Entry No. 2) is deemed withdrawn.

Appellant's motion for an extension of time to file a reply in support of the second motion to stay appellate proceedings (Docket Entry No. 9) is granted. The reply has been filed.

Appellant's second motion to stay appellate proceedings pending the district court's decision on the motion for an indicative ruling (Docket Entry No. 7) is granted. Within 30 days after the date of this order, or within 7 days after the district court's order on the motion for an indicative ruling, whichever occurs earlier, appellant shall file in this court a report on the status of district court proceedings, a copy of the district court order, and a motion for appropriate relief.

IHP/MOATT

The motion to dismiss for failure to file the opening brief (Docket Entry No. 11) is denied.

Briefing is stayed pending further order of the court.