F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorneys for Plaintiff Criminal Productions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIA JENKINS, an individual; KIMBERLY CRAWFORD, an individual; CHRISTINA SUTTON, an individual; JULIUS LENON, an individual; JOSEPH SMITH, an individual; TRACY CORDOBA, an individual; MILES PILLUS, an individual; RAIMOND PEREZ, an individual.<br><br>Defendants. | Case No.: 2:16-cv-02704-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1(a), Plaintiff CRIMINAL PRODUCTIONS, INC. ("Plaintiff") and Defendant TRACY CORDOBA ("Defendant"), by and through their undersigned counsel, stipulate to a two-day extension for Plaintiff to file their Opposition to Defendant's Motion for Attorneys' Fees Relating to Plaintiff's Motions to Vacate (ECF No. 80, "Motion for Attorney's Fees"), filed on September 5, 2018, from September 19, 2018, to September 21, 2018. This is the first request for such an extension.

LR IA 6-1 provides that stipulations to extend may be granted upon a showing of good cause when brought prior to the expiration of the relevant deadline. LR IA 6-1(a). Plaintiff requested this brief extension in order for Plaintiff's undersigned counsel to deal with an unforeseen urgent matter needing attention today and preventing counsel from completing the

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-w-0788    1    Stipulation and Order to Extend

opposition. There is good cause to briefly extend deadline under such circumstances where Defendant will not be prejudiced by the 2-day extension to file the Opposition to ECF No. 80 from September 19, 2018, to September 21, 2018.

Dated: September 19, 2018

| **WEIDE & MILLER, LTD.** | **REID RUBINSTEIN BOGATZ** |
|---|---|
| By: */S/ F. Christopher Austin*<br>F. Christopher Austin, Esq.<br>caustin@weidemiller.com<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144 | By: */S/ Kerry E. Kleiman*<br>Kerry E. Kleiman, Esq.<br>kkleiman@rrblf.com<br>300 South 4th Street, Suite 830<br>Las Vegas, NV 89101 |
| *Attorney for Plaintiff Criminal Productions, Inc.* | *Attorney for Defendant Tracy Cordoba* |

## ORDER

IT IS SO ORDERED

Dated September 20, 2018.

_____
UNITED STATES DISTRICT JUDGE

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-w-0788　　　2　　　Stipulation and Order to Extend