# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Criminal Productions, Inc.,

        Plaintiff,

v.

Maria Jenkins, et al.,

        Defendants.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number:  2:16-cv-02704-JCM-BNW

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Defendant Tracy Cordoba's Motion for Attorney Fees (doc #80) is Granted in the amount of $7,000.00.

7/2/2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ S. Denson  
Deputy Clerk